# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DAMIEN BENAVIDEZ, <br><br>          Plaintiff, <br><br>     v. <br><br> T. DUVALL, et al, <br><br>          Defendants. <br> _____/ | CASE NO. 1:11-cv-01824-GBC (PC) <br><br> ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <br><br> (Doc. 8) |

**I.     Procedural History**

Leon Damien Benavidez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis, in this civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2011, Plaintiff filed his original complaint. Doc. 1. On October 26, 2012, the Court dismissed Plaintiff's complaint with leave to amend. Doc. 7. On November 15, 2012, Plaintiff filed a notice of voluntary dismissal. Doc. 8.

At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. *Id.*

///

///

///

1

1 | Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this action pursuant
2 | to Plaintiff's notice of voluntary dismissal filed on November 15, 2012.

4 | IT IS SO ORDERED.

6 | Dated:   November 19, 2012

_____
UNITED STATES MAGISTRATE JUDGE